# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KENNETH ASHMORE,

      Plaintiff,

  v.

MATTHEW FRANK, Secretary;
JACK KESTIN, Classification Specialist;
JANE DIER-ZIMMEL;
ROBERT SCHENCK; and
SARA POLK,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-C-458-C

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is DISMISSED WITH PREJUDICE against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel             11/14/07
_____    _____
by Deputy Clerk                       Date